

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 3 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GRANT AND EISENHOFER, P.A., <br><br> Plaintiff-Appellee, <br><br> v. <br><br> REUBEN A. GUTTMAN and GUTTMAN, BUSCHNER AND BROOKS PLLC, <br><br> Defendants-Appellants, <br><br> and <br><br> BEVERLY BROWN; et al., <br><br> Defendants. | No.  18-55272 <br><br> D.C. No. 2:17-cv-05968-PSG-AFM Central District of California, Los Angeles <br><br> ORDER |

Before: TASHIMA and WATFORD, Circuit Judges, and ROBRENO,* District Judge.

Appellant's unopposed motion to dismiss this appeal with prejudice pursuant to Federal Rule of Appellate Procedure 42(b) is GRANTED.  This appeal is removed from the January 10, 2019, Pasadena oral argument calendar.

The parties shall bear their own fees and costs.

This order shall act as and for the mandate of this court.

**DISMISSED.**

---

\*       The Honorable Eduardo C. Robreno, United States District Judge for the Eastern District of Pennsylvania, sitting by designation.