G. JILL BASINGER - State Bar No. 195739
jbasinger@glaserweil.com
STEVEN P. BASILEO - State Bar No. 157780
sbasileo@glaserweil.com
GLASER WEIL FINK HOWARD
 AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

Attorneys for Plaintiff
GRANT & EISENHOFER, P.A.

LAW OFFICE OF DAVID W. WIECHERT
David W. Wiechert
Jessica C. Munk
William J. Migler
27136 Paseo Aspada, Suite B1123
San Juan Capistrano, CA 92675

Attorneys for Defendants Reuben A. Guttman and
GUTTMAN, BUSCHNER, & BROOKS PLLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANT & EISENHOFER, P.A., <br><br>  Plaintiff, <br><br> v. <br><br> REUBEN A. GUTTMAN and GUTTMAN, BUSCHNER & BROOKS PLLC, <br><br>  Defendants. | CASE NO. CV 17-5968 PSG (AFMx). <br><br> JOINT STIPULATION RE DISMISSAL |

**JOINT STIPULATION RE DISMISSAL**

1460296.2

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

DATED: January 8, 2019

GLASER WEIL FINK HOWARD
 AVCHEN & SHAPIRO LLP

By:  /s/ Steven P. Basileo
 G. JILL BASINGER
 STEVEN P. BASILEO
 Attorneys for Grant & Eisenhofer, P.A.

DATED: January 8, 2019

LAW OFFICE OF DAVID W. WIECHERT

By:  /s/ David W. Wiechert
 David W. Wiechert
 Attorneys for Reuben Guittman and
 Guttman Buschner, & Brooks PLLC