1  G. JILL BASINGER - State Bar No. 195739
   jbasinger@glaserweil.com
2  STEVEN P. BASILEO - State Bar No. 157780
   sbasileo@glaserweil.com
3  GLASER WEIL FINK HOWARD
   AVCHEN & SHAPIRO LLP
4  10250 Constellation Boulevard, 19th Floor
   Los Angeles, California 90067
   Telephone: (310) 553-3000
5  Facsimile: (310) 556-2920

6  Attorneys for Plaintiff
7  GRANT & EISENHOFER, P.A.

8  SPERTUS, LANDES & UMHOFER, LLP
   James W. Spertus, Esq. (SBN 159825)
9  Samuel A. Josephs, Esq. (SBN 284035)
   1990 South Bundy Dr., Suite 705
10 Los Angeles, California 90025
   Telephone: (310) 826-4700
11 Facsimile: (310) 826-4711

12 Attorneys for Defendant BEVERLY BROWN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANT & EISENHOFER, P.A., | CASE NO. CV 17-5968 PSG (AFMx). |
| Plaintiff, | |
| v. | JOINT STIPULATION RE DISMISSAL |
| BEVERLY BROWN; RICHARD HARPOOTLIAN, P.A.; BIENERT, MILLER, & KATZMAN, PLC; DOES 1 THROUGH 10, | |
| Defendants. | |

1  The parties to this action, acting through counsel, and pursuant to Federal Rule
2  of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated
3  settlement executed by them, to the Dismissal With Prejudice of this action, including
4  all claims and counterclaims stated herein against all parties, with each party to bear
5  its own attorney's fees and costs.

DATED: January 8, 2019

GLASER WEIL FINK HOWARD
AVCHEN & SHAPIRO LLP

By: /s/ Steven P. Basileo
G. JILL BASINGER
STEVEN P. BASILEO
Attorneys for Grant & Eisenhofer, P.A.

DATED: January 8, 2019

SPERTUS, LANDES, & UMHOFER LLP

By: /s/ Samuel A. Josephs
JAMES W. SPERTUS
SAMUEL A. JOSEPHS
Attorneys for Beverly Brown.