1  G. JILL BASINGER - State Bar No. 195739
   jbasinger@glaserweil.com
2  STEVEN P. BASILEO - State Bar No. 157780
   sbasileo@glaserweil.com
3  GLASER WEIL FINK HOWARD
    AVCHEN & SHAPIRO LLP
4  10250 Constellation Boulevard, 19th Floor
   Los Angeles, California 90067
   Telephone: (310) 553-3000
5  Facsimile: (310) 556-2920

6  Attorneys for Plaintiff
   GRANT & EISENHOFER, P.A.
7
   LAW OFFICE OF DAVID W. WIECHERT
8  David W. Wiechert
   Jessica C. Munk
9  William J. Migler
   27136 Paseo Aspada, Suite B1123
10 San Juan Capistrano, CA 92675

11 Attorneys for Defendants Reuben A. Guttman and
   GUTTMAN, BUSCHNER, & BROOKS PLLC
12

IT IS SO ORDERED.
DATED: January 10, 2019

*/s/ Philip S. Gutierrez*

Philip S. Gutierrez
United States District Judge

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANT & EISENHOFER, P.A., <br><br> Plaintiff, <br><br> v. <br><br> REUBEN A. GUTTMAN and GUTTMAN, BUSCHNER & BROOKS PLLC, <br><br> Defendants. | CASE NO. CV 17-5968 PSG (AFMx). <br><br> JOINT STIPULATION RE DISMISSAL [149] |

**JOINT STIPULATION RE DISMISSAL**

1460296.2

1  The parties to this action, acting through counsel, and pursuant to Federal Rule
2  of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated
3  settlement executed by them, to the Dismissal With Prejudice of this action, including
4  all claims and counterclaims stated herein against all parties, with each party to bear
5  its own attorney's fees and costs.

DATED: January 8, 2019

GLASER WEIL FINK HOWARD
 AVCHEN & SHAPIRO LLP

By: /s/ Steven P. Basileo
G. JILL BASINGER
STEVEN P. BASILEO
Attorneys for Grant & Eisenhofer, P.A.

DATED: January 8, 2019

LAW OFFICE OF DAVID W. WIECHERT

By: /s/ David W. Wiechert
David W. Wiechert
Attorneys for Reuben Guittman and
Guttman Buschner, & Brooks PLLC